UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-CV-24621-CMA

CARSEL ST. FLEUR AND GINETTE ST. FLEUR,

    Plaintiffs,

v.

SELECT PORTFOLIO SERVICING, INC.,

    Defendant.

_____/

## ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, SELECT PORTFOLIO SERVICING, INC., (hereinafter "Defendant"), hereby files this, its Answer to Plaintiff's Complaint, and specifically alleges as follows:

1. Admitted for jurisdictional purposes only.

2. Denied.

3. Admitted for jurisdictional purposes only.

4. Admitted for jurisdictional purposes only.

5. Admitted for jurisdictional purposes only.

6. Denied.

7. Denied.

8. Admitted.

9. Admitted.

10. Admitted.

11. Denied.

12. Without knowledge and therefore denied.

13. Without knowledge and therefore denied.

14. Denied.

15. Without knowledge and therefore denied.

16. Admitted.

17. Without knowledge and therefore denied.

18. Denied.

19. Denied.

20. Without knowledge and therefore denied.

21. Denied.

22. Defendant repeats and re-alleges by reference its responses to Paragraphs 1 through .

23. Denied.

24. Denied.

25. Without knowledge and therefore denied.

26. Defendant repeats and re-alleges by reference its responses to Paragraphs 1 through .

27. Without knowledge and therefore denied.

28. Denied.

29. Denied.

30. Without knowledge and therefore denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Defendant Required to Send Monthly Statement by Law)

1053853.1

Plaintiff's claims are barred as Defendant was required to send the monthly mortgage statement pursuant to Federal law, including the Real Estate Settlement Procedures Act and the Truth in Lending Act.

WHEREFORE, Defendant respectfully requests this Court to enter Judgment in its favor, including an award of attorneys' fees and costs, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

McGLINCHEY STAFFORD, PLLC

/s/Carter Burgess
R. Carter Burgess, Esq.
Florida Bar # 058298
10407 Centurion Parkway N., Suite 200
Jacksonville, FL 32256
(904) 224-4498 (telephone)
(904) 212-1828 (facsimile)
cburgess@mcglinchey.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been filed via the CM/ECF system and served via the following manner, this 26th day of January, 2014, to the following:

**Via Electronic Mail & Facsimile**

Yechezkel Rodal, Esquire
Loan Lawyers, LLC
377 North State Road 7, Suite #202
Plantation, FL 33317
Facsimile: (954) 581-2786
Primary Email: chezky@floridaloanlawyers.com

                                                /s/ Carter Burgess
                                                Attorney